**Order entered November 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01165-CV

## SYLVIA ORTIZ, Appellant

### V.

## COMMISSIONER OF EDUCATION, Appellee/Cross-Appellee
## AND
## PLANO INDEPENDENT SCHOOL DISTRICT, Appellee/Cross-Appellant

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-00459-2014

## ORDER

Before the Court is Appellee/Cross-Appellant Plano Independent School District's motion for additional time in which to present oral argument. Appellant opposes the motion; Appellee/Cross-Appellee Commissioner of Education does not oppose the motion. The motion is **DENIED**.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE